UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>RICHARD C. SPRINGS,<br><br>                Defendant. | No. CR-14-071-JLQ<br><br>ORDER DIRECTING<br>FMC-BUTNER TO FILE<br>STATUS REPORT |

On May 30, 2017, this court issued its "Order Directing FMC-Butner To Proceed As Directed In March 15, 2016 Order" (ECF No.162). The Order authorized medical staff at FMC-Butner to commence administration of Abilify (aripiprazole). The Order also provided the medical staff "shall submit to the court and counsel status reports every 30-days as directed in the March 15, 2016 Order." (ECF No. 162, p. 2). The March 15, 2016 Order provided, in relevant part, for the medical staff, including Drs. Weaver and Herbel to "report back to the court at 30-day intervals commencing 30-days after Mr. Springs is first given Abilify." (ECF No. 125, p. 15). More than 40 days have passed since the issuance of court's May 30, 2017 Order, and no status report has been received.

**IT IS HEREBY ORDERED**:

1. FMC-Butner shall prepare and submit to the court a Status Report informing the court as to the course of Mr. Springs' medical treatment. This Report shall be submitted as soon as feasible and no later than **July 21, 2017**. This Report should be signed by Drs. Weaver or Herbel, or other health care provider.

2. Subsequent Status Reports shall be submitted on or before the 15th day of the month, beginning with the Second Status Report which is due on or before **August 15, 2017**.

ORDER - 1

3. The Report may be submitted via email and mail to counsel and the court as were prior reports. In addition, the reports shall be submitted to the court's Quackenbushorders@waed.uscourts.gov address.

4. <u>Counsel for the Government shall forthwith furnish a copy of this Order to FMC-Butner</u>.

**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel.

Dated this 17th day of July, 2017.

s/ Justin L. Quackenbush<br>JUSTIN L. QUACKENBUSH<br>SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2