# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA

    *Plaintiff*

v.

RICHARD C. SPRINGS

    *Defendant*

No. 2:14-CR-0071-JLQ

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Indictment filed herein is dismissed with prejudice pursuant to the Order of Dismissal entered on September 27, 2017.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a motion for order of dismissal with prejudice filed by the government.

Date: September 27, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
    *(By) Deputy Clerk*

Cora Vargas